IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAX LEROY REED, JR. and ELIZABETH REED, individually and on behalf of all similarly situated individuals, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:11-cv-00412-WS-C ) |
| CHASE HOME FINANCE LLC, | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF DISCOVERY BY DEFENDANT JPMORGAN CHASE BANK, N.A.

Pursuant to Local Rule 5.5(d), Defendant JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance LLC, hereby gives notice to the Court that the following was served upon all counsel of record on March 1, 2012:

- Defendant's Supplemental Disclosures to Correct Deposition Testimony.

Dated: March 1, 2012.

/s/ Helen Kathryn Downs
Helen Kathryn Downs (DOWNH8460)
Alan D. Mathis (MATHA8922)
Daniel J. Martin (MARTD8327)

One of the Attorneys for Defendant
JPMorgan Chase Bank, N.A., successor
by merger to Chase Home Finance LLC

**JOHNSTON BARTON PROCTOR & ROSE LLP**
Colonial Brookwood Center
569 Brookwood Village, Suite 901
Birmingham, AL  35209
Telephone:  (205) 458-9400
Facsimile:  (205) 458-9500
Email:      hkd@johnstonbarton.com
            adm@johnstonbarton.com
            djm@johnstonbarton.com

    OF COUNSEL

## CERTIFICATE OF SERVICE

    I hereby certify that on March 1, 2012, the above and foregoing document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

        Kenneth J. Riemer, Esq.
        Earl P. Underwood, Jr., Esq.
        Underwood & Riemer, P. C.
        21 South Section Street
        Fairhope, AL  36532

        */s/ Helen Kathryn Downs*
        Of Counsel