IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MAX LEROY REED, JR., et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL ACTION 11-0412-WS-C |
| | ) |
| CHASE HOME FINANCE, LLC, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

The defendant has filed a memorandum and evidentiary submission in support of maintaining summary judgment evidence under seal, (Doc. 66), which the Court construes as a motion for such relief.  The plaintiffs are **ordered** to file and serve, on or before **March 30, 2012**, their response to the defendant's motion.

DONE and ORDERED this 13th day of March, 2012.

                                        s/ WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE