**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **MAX LEROY REED, JR., et al.,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v.  ) | **CIVIL ACTION 11-0412-WS-C** |
| ) | |
| **CHASE HOME FINANCE, LLC,** ) | |
| ) | |
|     **Defendant.** ) | |

**ORDER**

    This matter is before the Court on the plaintiffs' motion for extension of time. (Doc. 68).  The plaintiffs seek an additional three calendar days (one business day) in which to file their opposition to the defendant's motion for summary judgment.  The defendant reportedly has declined to consent to this modest request.

    For the reasons set forth therein, the plaintiffs' motion is **granted**.  The parties are **ordered** to file and serve their respective responses to their opponent's motion for summary judgment on or before **March 26, 2012**.  The parties are **ordered** to file and serve their respective replies, if any, on or before **April 9, 2012**.  The Court will take the motions for summary judgment under submission on April 9, 2012.

    DONE and ORDERED this 21st day of March, 2012.

                                           s/ WILLIAM H. STEELE
                                           CHIEF UNITED STATES DISTRICT JUDGE