IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MAX LEROY REED, JR., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION 11-0412-WS-C |
| ) | |
| **CHASE HOME FINANCE, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

# FINAL JUDGMENT

In accordance with the Court's order of September 26, 2012, granting the defendant's motion for summary judgment, the plaintiffs shall recover nothing from the defendant. Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of defendant Chase Home Finance, LLC and against plaintiffs Max Leroy Reed, Jr. and Elizabeth Reed.

DONE this 9th day of October, 2012.


s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE